FILED
February 13, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JASON XAVIER VILLANUEVA

NO. 3:23-MJ-150-BH

## MOTION FOR DETENTION AND MOTION TO CONTINUE DETENTION HEARING

The United States moves for pre-trial detention of defendant, **Jason Xavier Villanueva**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_   Maximum sentence life imprisonment or death

     X    10 + year drug offense

    \_\_\_\_\_   Felony, with two prior convictions in above categories

     X    Serious risk defendant will flee

    \_\_\_\_\_   Serious risk obstruction of justice

     X    Felony involving a minor victim

    \_\_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   __X__ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   _____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

DATED this __13th__ day of February, 2023.

**Motion for Detention - Page 2**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*/s/ Phelesa M. Guy*
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar Number 00798230
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:   (214) 659-8630
Facsimile:    (214) 659-8805
Email: Phelesa.Guy@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 13th day of February, 2023.

*/s/ Phelesa M. Guy*
PHELESA M. GUY
Assistant United States Attorney